In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v NYDIA RIVERA et al., Appellants.

Submitted April 20, 2009; decided April 30, 2009

Motion by New York Insurance Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.